1  ROBERT S. MUELLER, III (CSBN 59775)
   United States Attorney



FILED

AUG 8 2001

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 01 20127 JF |
|---|---|---|
| Plaintiff, | ) | VIOLATIONS: 18 U.S.C. 842(a)(1) - Dealing in Explosives without a License; 18 U.S.C. § 842(j) – Illegally Storing Explosives; 18 U.S.C. § 1716 – Mailing Injurious Articles |
| v. | ) | |
| ROGER VER, | ) | SAN JOSE VENUE |
| Defendant. | ) | |

I N F O R M A T I O N

The United States Attorney charges:

Count One: (18 U.S.C. § 842(a)(1) – Dealing in Explosives without a License)

On or about and between December 1, 1998, and December 14, 2000, both dates being approximate and inclusive, in Santa Clara County in the Northern District of California, the defendant

ROGER VER

did engage in the business of dealing in explosive materials without a license in violation of Title 18, United States Code, Section 842(a)(1).

INDICTMENT

Count Two:   (18 U.S.C. § 842(j) and 27 C.F.R. §§ 55.201(f), 55.208(b) – Storing Explosives in a Manner Not in Conformity with Treasury Regulations)

On or about and between December 1, 1998, and December 14, 2000, both dates being approximate and inclusive, in Santa Clara County in the Northern District of California, the defendant

ROGER VER

did store explosive material in a manner not in conformity with regulations promulgated by the Secretary of the Treasury, namely he stored explosive material in a residence and dwelling, and did store such materials without notifying the authority having jurisdiction for fire safety in Santa Clara County of the type, magazine capacity, and location of each site where such explosive materials were stored, all in violation of Title 18, United States Code, Section 842(j), Title 27, Code of Federal Regulations, Sections 55.201(f) and 55.208(b).

Count Three: (18 U.S.C. § 1716 – Mailing Injurious Articles)

On or about April 2, 1999, in Santa Clara County, in the Northern District of California, the defendant

ROGER VER

did knowingly deposit for mailing and delivery, and knowingly caused to be delivered by mail, according to the direction thereon, items declared nonmailable in Title 18, United States Code, Section 1716, namely explosives, inflammable materials, infernal machines, and mechanical, chemical, and other devices or compositions which may ignite or explode, and not in accordance with the rules and regulations authorized by the Postal Service, as follows, in violation of Title 18, United States Code, Section 1716.

DATED: Aug. 8 2001

ROBERT S. MUELLER, III
United States Attorney

ELIZABETH DE LA VEGA
Chief, San Jose Branch Office

(Approved as to form: _Scott H. Frewing_ )
AUSA FREWING

INDICTMENT                                         2

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION IN U.S. DISTRICT COURT |||
|---|---|---|
| BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING || Name of District Court, and/or Judge/Magistrate Location: **NORTHERN DISTRICT OF CALIFORNIA** |

**OFFENSE CHARGED**

Count 1: 18 U.S.C. 842(a)(1) - Dealing in Explosives without a license
Count 2: 18 U.S.C. 842(j) - Storing Explosives contrary to Treasury Regulations
Count 3: 18 U.S.C. 1716 - Mailing Injurious Articles

☐ Petty
☐ Minor
☒ Misdemeanor
☒ Felony

PENALTY:
Count 1: Max. imprisonment 10 years; Max. fine $250,000; Max. supervised release 3 years; $100 special assessment;
Counts 2 and 3: Max imprisonment 1 year; Max fine $100,000; Max. supervised release 1 year; $25 special assessment

**DEFENDANT - U.S.**

▶ ROGER VER

DISTRICT COURT NUMBER: **CR 01 20127 JF**

FILED AUG 8 2001
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
S/A Micah Wellman (ATF)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on
  ☐ U.S. Att'y   ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO. 5 01 196 RS

Name and Office of Person Furnishing Information on THIS FORM: **ROBERT S. MUELLER, III**
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned):

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
   Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other  ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed: Month/Day/Year _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

DOCUMENT NO. _____  CSA's INITIALS _____
DISTRICT COURT CRIMINAL CASE PROCESSING